01

02

03

04

05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 KARAMIJT MANDAER,                                    )
                                                        )   CASE NO. C10-1945-RSM
09             Petitioner,                              )
                                                        )
10     v.                                               )
                                                        )   ORDER OF DISMISSAL
11 BRYON WILCOX, Acting Field Office                    )
Director, United States Immigration and                )
12 Customs Enforcement, *et al*.,                       )
                                                        )
13             Respondents.                             )
_____ )

14

15        The Court, having reviewed the Petition for Writ of Habeas Corpus, the parties'

16 Stipulated Motion for Order of Dismissal, the Report and Recommendation of the Hon. Mary

17 Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the

18 remaining record, finds and Orders as follows:

19        1.      The Court adopts the Report and Recommendation;

20        2.      This action is DISMISSED without prejudice and without award of costs to

21                either party; and

22

ORDER OF DISMISSAL
PAGE -1

01         3.      The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

02     DATED this 9th day of March 2011.

03

04

05

                                 RICARDO S. MARTINEZ

06                            UNITED STATES DISTRICT JUDGE

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF DISMISSAL
PAGE -2